# United States Court of Appeals

## For the First Circuit

No. 03-2171

UNITED STATES OF AMERICA,

Appellant,

v.

FEMALE JUVENILE, A.F.S.,

Defendant, Appellee.

ERRATA

The opinion of this court issued July 27, 2004 should be amended as follows:

On the first page, appellee's counsel should be amended to read: "Juan F. Matos De Juan, Assistant Federal Public Defender, with whom Joseph C. Laws, Jr., Public Defender, and Patricia A. Garrity, Esq., Research and Writing Specialist, were on brief for appellee.